[No. 39792-3-I.   Division One.   October 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY CURRY-JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-05879-5, Michael Spearman, J., entered November 7, 1996. *Reversed* by unpublished per curiam opinion.

[No. 15151-4-III.   Division Three.   October 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANNA MARIA TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-1-00104-5, Carolyn A. Brown, J., entered September 1, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Brown, JJ.

[Nos. 15192-1-III; 16354-7-III.   Division Three.   October 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT BENJAMIN WATSON, *Appellant*.

*In the Matter of the Personal Restraint of* SCOTT B. WATSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Douglas County, No. 95-1-00083-9, Ted W. Small, J., entered September 19, 1995, together with a petition for relief from personal restraint. Judgment *reversed* and petition *granted* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.